O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL D. TOMLINSON, | ) | Case No. CV13-9240-JSL (DTB) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING SUPERSEDING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LINDA T. McGREW, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action for lack of jurisdiction.

DATED: April 15, 2014

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE