JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL D. TOMLINSON, | ) Case No. CV13-9240-JSL (DTB) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| LINDA T. McGREW, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed for lack of jurisdiction.

DATED: April 15, 2014

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1